No. 99–6725. MURRAY v. STUBBLEFIELD, SUPERINTENDENT, MISSOURI EASTERN CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 99–6743. DEANGELIS v. WIDENER UNIVERSITY SCHOOL OF LAW ET AL. C. A. 3d Cir. Certiorari denied.

No. 99–6763. WILLIAMS v. CLARK, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 99–6790. HELEM v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–6795. ORLOV v. PALMATEER, SUPERINTENDENT, OREGON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 99–6800. DEAN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–6811. BARRETT v. BARRETT. Sup. Ct. Minn. Certiorari denied.

No. 99–6821. JACKSON v. TEXAS ELECTRIC UTILITY SERVICE CO. Ct. App. Tex., 2d Dist. Certiorari denied.

No. 99–6833. SEXTON v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 99–6839. MOORE v. PONTE. C. A. 1st Cir. Certiorari denied.

No. 99–6849. KARALL v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 99–6852. MARTIN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–6858. RANGLIN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–6869. BURNETT v. UNITED STATES. C. A. 10th Cir. Certiorari denied.